Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Lisa Wascovich

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WASCOVICH, | Case No.: 2:18-cv-00659-EFB (SS) |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Lisa Wascovich be awarded attorney fees in the amount of Four Thousand One Hundred Twenty One dollars and twenty-two cents ($4,121.22) and expenses in the amount of zero dollars ($0.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of

-1-

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Lisa Wascovich, the government will consider the matter of Lisa Wascovich's assignment of EAJA fees to Laura E. Krank. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Lisa Wascovich, but if the Department of the Treasury determines that Lisa Wascovich does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Lisa Wascovich.[1] Any payments made shall be delivered to Laura E. Krank.

This stipulation constitutes a compromise settlement of Lisa Wascovich's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Lisa Wascovich and/or Laura E. Krank including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Laura E. Krank and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 22, 2019     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Laura E. Krank*
BY:_____
Laura E. Krank
Attorney for plaintiff Lisa Wascovich

DATED: October 22, 2019     MCGREGOR W. SCOTT
United States Attorney

/s/ *Ben A. Porter*

_____
BEN A. PORTER
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW M. SAUL, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered.

DATED: November 4, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE